IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JASON MARTINEZ, | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | 1:24-CV-1480-RP |
| WILLIAMS RUSH & ASSOCIATES LLC, | | |
| Defendant. | | |

**ORDER**

Before the Court is the report and recommendation from United States Magistrate Judge Dustin Howell concerning Plaintiff's Motion for Default Judgment, (Dkt. 7). (R. & R., Dkt. 8). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Howell issued his report and recommendation on April 3, 2025. (*Id.*). Plaintiff timely filed objections to the report and recommendation. (Objs., Dkt. 9).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Plaintiff timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiff's objections and adopts the report and recommendation as its own order. Even if the Court assumed Plaintiff had made a claim under 15 U.S.C. 1681b(f) and assumed that provision applies to Willams Rush & Associates, the Court is not persuaded, based on Plaintiff's allegations and arguments made in his objections—which did not

include any precedential authority on this issue—that Plaintiff has established that Williams Rush & Associates's conduct amounted a violation of the provision.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. 8), is **ADOPTED**. Plaintiff's Motion for Default Judgment, (Dkt. 7), is **GRANTED IN PART** and **DENIED IN PART**. Specifically, default judgment is granted on Plaintiff's claims under sections 1692c(c), 1692d, and 1692e of the FDCPA and sections 392.101, 392.202, 392.304(a)(6), and 392.304(a)(8) of the TDCA. Default judgment is denied as to all of Plaintiff's other claims.

**IT IS ORDERED** that Plaintiff is awarded statutory damages in the amount of $1,000.00 under the FDCPA, $200.00 in statutory damages under the TDCA, and costs of court pursuant to the FDCPA.

**IT IS FURTHER ORDERED** that Williams Rush & Associates is enjoined from violations of the TDCA described in the report and recommendation.

The Court will enter final judgment by separate order.

**SIGNED** on September 8, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE